■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT THOMAS HUBBARD, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Finnerty, J.), rendered May 21, 1982, convicting him of burglary in the third degree (14 counts), upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon this appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California*, 386 US 728; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606.) Mollen, P. J., Mangano, Thompson and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LEBRON, Appellant. — Judgment of the Supreme Court, Kings County (Murray, J.), rendered January 19, 1983, affirmed. No opinion. Case remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Bracken, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE F. LECA, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered December 29, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Weinstein, J. P., Bracken, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARYALICE T. M., Appellant. — Appeal by defendant from a judgment of the County Court, Dutchess County (Ritter, J.), rendered February 25, 1981, convicting her of criminally negligent homicide, upon her plea of guilty, and imposing sentence. Judgment modified, as a matter of discretion in the interest of justice, by vacating the conviction of criminally negligent homicide and substituting in its place a finding that defendant is a youthful offender. As so modified, judgment affirmed. In our view, under all the circumstances presented including (1) defendant's previously unblemished record, (2) the favorable report from the Probation Department regarding both defendant's attitude and the issue of youthful offender treatment and (3) the fact that the People at the plea hearing offered no opposition to the possible granting of youthful offender treatment, youthful offender treatment should have been granted (see *People v Davis*, 81 AD2d 510; *People v Rory B.*, 80 AD2d 643; *People v Richard H.*, 65 AD2d 775; *People v Kerr*, 43 AD2d 895). However, since the sentence imposed by the court was legally consonant with a youthful offender finding (see Penal Law, §§ 60.02, 60.01, subd 2, par [d]; §§ 65.00, 85.00), and was otherwise appropriate under the circumstances, we need not remit for resentencing (*People v Kerr, supra*). Damiani, J. P., Mangano, Gulotta and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. McARTHUR, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered March 8, 1979, convicting him of burglary in the third degree and petit larceny, upon a jury verdict, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Mollen, P. J., Mangano, Thompson and Boyers, JJ., concur.